```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A03-0257--CV (RRB)
              "ROBERT HALE ET AL V GALE NORTON ET AL"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 11/03/03
             Closed: 11/19/03

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (890) Other Statutory Actions
                    DENIAL OF ACCESS UNDER 16:301 ET SEQ
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 11/03/03 receipt # 00121753
           Trial by:
```

Parties of Record:                         Counsel of Record:

PLF 1.1           HALE, ROBERT              Jon P. Tangen
                                            Attorney at Law PC
                                            1600 A Street, Suite 310
                                            Anchorage, AK 99501-5148
                                            907-222-3985
                                            FAX 907-274-6738

                                            James S. Burling
                                            Pacific Legal Foundation
                                            10360 Old Placerville Road, #100
                                            Sacramento, CA 95827
                                            916-362-2833
                                            FAX 916-362-2932

                                            Russel C. Brooks
                                            Pacific Legal Foundation
                                            10940 NE 33rd Place, Suite 109
                                            Bellevue, WA 98004
                                            425-576-0484
                                            FAX 425-576-9565

PLF 2.1           HALE, JOSHUA              Jon P. Tangen
                                            (see above)

                                            James S. Burling
                                            (see above)

                                            Russel C. Brooks
                                            (see above)

PLF 3.1           SUNSTAR, NAVA S.          Jon P. Tangen
                                            (see above)

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A03-0257--CV (RRB)
"ROBERT HALE ET AL V GALE NORTON ET AL"

Including terminated parties, excluding terminated counsel
```

| Parties of Record: | Counsel of Record: |
|---|---|
| | James S. Burling (see above) |
| | Russel C. Brooks (see above) |
| PLF 4.1   SUNSTAR, BUTTERFLY | Jon P. Tangen (see above) |
| | James S. Burling (see above) |
| | Russel C. Brooks (see above) |
| DEF 1.1   NORTON, GALE | Bruce M. Landon<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452 |
| DEF 2.1   CANDELARIA, GARY | Bruce M. Landon (see above) |
| DEF 3.1   SHARP, HUNTER | Bruce M. Landon (see above) |
| DEF 4.1   DEPARTMENT OF INTERIOR | Bruce M. Landon (see above) |
| DEF 5.1   NATIONAL PARK SERVICE | Bruce M. Landon (see above) |
| DEF 6.1   MAINELLA, FRAN | Bruce M. Landon (see above) |
| DEF 7.1   BLASZAK, MARCIA | Bruce M. Landon (see above) |
| DII 1.1   NATIONAL PARKS CONSERVATION ASSOCIATION | Robert W. Randall<br>Western Resource Advocates<br>2260 Baseline Road, Suite 200<br>Boulder, CO 80302<br>303-444-1188<br>FAX 303-786-8054 |
| DII 2.1   WILDERNESS SOCIETY, THE | Robert W. Randall (see above) |
| DII 3.1   ALASKA CENTER FOR THE ENVIRONMENT | Robert W. Randall (see above) |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A03-0257--CV (RRB)
                      "ROBERT HALE ET AL V GALE NORTON ET AL"

                               For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 11/03/03
            Closed: 11/19/03

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                   DENIAL OF ACCESS UNDER 16:301 ET SEQ
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 11/03/03 receipt # 00121753
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/03/03 | Complaint for declaratory and injunctive relief w/att exhs filed. |
| 2 - 1 | 11/03/03 | PLF 1-4 motion (ex parte) (application) for temporary restraining order and order to show cause re: preliminary injunction w/att exhs. |
| 3 - 1 | 11/03/03 | PLF 1-4 motion for admission of Russell C. Brooks Pro Hac Vice. |
| 4 - 1 | 11/03/03 | DEF 1-7 Objections to issuance of TRO order without notice or opportunity to be heard. |
| NOTE - 1 | 11/04/03 | Issued: summons re: DEF 1-7, US Department of Justice, US Attorney. |
| 5 - 1 | 11/04/03 | RRB Order granting motion for admission of Russell C. Brooks Pro Hac Vice as co counsel for plfs' (3-1). |
| 6 - 1 | 11/04/03 | RRB Minute Order re: Defs may have until the COB (4:30 p.m. Alaska time) on 11/12/03 to file and serve their response. Oral argument will be held 11/17/03 at 9:00 a.m. in Courtroom #3. The parties will be limited to 30 minutes each side. cc: cnsl |
| 7 - 1 | 11/04/03 | ZZZ 1-3 motion to intervene w/att exhs and answer of proposed intervernors. |
| 8 - 1 | 11/04/03 | ZZZ 1-3 motion on shortened time for consideration of motion to intervene w/att declaration. |
| 9 - 1 | 11/05/03 | RRB Order granting motion to intervene (7-1), motion on shortened time for consideration of motion to intervene (8-1). cc: cnsl |
| 10 - 1 | 11/05/03 | DII 1-3 Answer to Complaint. |
| 11 - 1 | 11/07/03 | PLF 1-4 motion on shortened time to request a shortened time schedule re: the TRO. |
| 12 - 1 | 11/07/03 | DEF 1-7 opposition to PLF 1-4 motion on shortened time to request a shortened time schedule re: the TRO (11-1). |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A03-0257--CV (RRB)
                          "ROBERT HALE ET AL V GALE NORTON ET AL"

                                    For all filing dates
```

```
Document #    Filed      Docket text

   13 -    1  11/07/03   DII 1-3 opposition to PLF 1-4 motion on shortened time to request a
                         shortened time schedule re: the TRO (11-1).

   14 -    1  11/07/03   RRB Minute Order denying motion on shortened time to request a shortened
                         time schedule re: the TRO (11-1).  cc: cnsl

   15 -    1  11/07/03   RRB Minute Order re: the court will consolidate the hearing set
                         11/17/03, for a TRO with the underlying request for declaratory and
                         injunctive relief.
                         cc: cnsl

   16 -    1  11/07/03   PLF 1-4 Original Declas of R. Kenyon, J. Rosenbaum, B. Sunstar, R. Hale
                         re: PLF 1-4 motion on shortened time to request a shortened time
                         schedule re: the TRO (11-1).

   17 -    1  11/12/03   PLF 1-4 motion for reconsideration of minute order issued 11/10/03,
                         granting the motion to intervene.

   18 -    1  11/12/03   DEF 1-7 opposition to PLF 1-4 motion (ex parte) (application) for
                         temporary restraining order and order to show cause re: preliminary
                         injunction  (2-1) w/att exhibits.  (Original Located in expando folder)

   19 -    1  11/12/03   RRB Minute Order re: Intervenors have until 12:00 PM November 14, 2003
                         to submit any oppo to the motion for reconsideration.  cc: cnsl

   20 -    1  11/12/03   DII 1-3 opposition to PLF 1-4 motion (ex parte) (application) for
                         temporary restraining order and order to show cause re: preliminary
                         injunction (2-1).

   21 -    1  11/12/03   PLF 1-2 Supplemental memo re: motion for TRO (2-1). (No Original
                         Signature)

   22 -    1  11/13/03   PLF 1-4 Supplement re: PLF 1-4 motion (ex parte) (application) for
                         temporary restraining order and order to show cause re: preliminary
                         injunction (2-1).

   23 -    1  11/14/03   DII 1-3 opposition to PLF 1-4 motion for reconsideration of minute order
                         issued 11/10/03, granting the motion to intervene (17-1).

   24 -    1  11/14/03   PLF 1-4 reply to opposition to PLF 1-4 motion (ex parte) (application)
                         for temporary restraining order and order to show cause re: preliminary
                         injunction (2-1) w/att exhs.

   25 -    1  11/17/03   RRB Court Minutes [ECR: Denali Elmore] Hearing re: application for TRO &
                         order to show cause re: preliminary injunction (dkt 2) and request for
                         declaratory and injunctive relief held 11/17/03; taking under advisement
                         motion (application) for temporary restraining order and order to show
                         cause (2-1).  Written ruling to issue.  cc: cnsl

   26 -    1  11/17/03   PLF 1-4 Second declaration of Raymond A. Kreig in support of  re: PLF
                         1-4 motion (ex parte) (application) for temporary restraining order and
                         order to show cause re: preliminary injunction (2-1).

   27 -    1  11/18/03   RRB Order denying motion (application) for temporary restraining order
                         and order to show cause (2-1) and Plaintiffs' Complaint for Declaratory
                         and Injunctive Relief  (dkt 1) is Dismissed for lack of jurisdiction.
                         Terminating in light of this order: motion for reconsideration of minute
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A03-0257--CV (RRB)
                           "ROBERT HALE ET AL V GALE NORTON ET AL"

                                     For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | order issued 11/10/03, granting the motion (17-1). cc: cnsl |
| 28 - 1 | 11/19/03 | RRB Judgment that Plaintiff's Complaint for Declaratory and Injunctive Relief is hereby Dismissed for lack of jurisdiction. cc: cnsl, O&J 11613 |
| 29 - 1 | 11/26/03 | PLF 1-4 motion for reconsideration of the order issued 11/18/03. |
| 30 - 1 | 12/02/03 | RRB Order defendants have until the COB 12/11/03 to file a response to plf's motoin for reconsideration, after which the court will take the matter under advisement. cc: cnsl |
| 31 - 1 | 12/11/03 | DEF 1-7 opposition to PLF 1-4 motion for reconsideration of the order issued 11/18/03 (29-1). |
| 32 - 1 | 12/11/03 | DII 1-3 opposition to PLF 1-4 motion for reconsideration of the order issued 11/18/03 (29-1). |
| 33 - 1 | 12/15/03 | RRB Order denying motion for reconsideration of the order issued 11/18/03 (29-1). cc: cnsl |
| 34 - 1 | 12/24/03 | PLF 1-4 appeal to 9CCA of (27-1) filed 11/18/03. cc:cnsl, Judge Beistline, 9CCA |
| NOTE - 2 | 12/29/03 | Notation (re: Appeal): forwarded appeal & CADD to 9CCA via FED EX. Faxed notice of appeal, dkt sheet and CADD to 9CCA per their request. |
| 35 - 1 | 01/08/04 | Cy 9CCA Time Schedule Order. (34-1) cc:cnsl, Judge Beistline, ECR |
| 36 - 1 | 01/08/04 | PLF 1-4 Transcript Designation/Order Form re: notice of appeal no transcripts requested (34-1) w/att representation statement. |
| NOTE - 3 | 01/09/04 | Notation (re: Appeal): forwarded representation statement to 9CCA. |
| 37 - 1 | 01/09/04 | Cy 9CCA Certificate of Record. (34-1) cc: cnsl, Judge Beistline, 9CCA (original) |
| 38 - 1 | 03/16/04 | Copy of Order from 9CCA (34-1) that mot for reconsideration of this court's 1/16/04 order dismissing this appeal for lack of jurisdiction is granted the appeal is reinstated. Appellant's mot for injunctive relief pending appeal is denied. Briefing shall proceed as follows: appellants' opening brief is due 4/16/0, appellees answering brief is due 5/17/04 and the optional reply brief is due 14 days from svc of answering brief. cc:cnsl, Judge Beistline |
| 39 - 1 | 07/23/04 | PLF 1-4 Returns of Service Executed re D1 11/10/03, D3 11/5/03, D4 11/12/04, Dept of Justice 11/10/03, D5 11/5/03, D6 11/10/03, D7 11/5/03. |
| NOTE - 4 | 05/16/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 4 original voles and 1 expando w/dkt # 18. |