RECEIVED APR 18 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

## ITEMIZED STATEMENT OF REPRODUCTION COSTS

This is to certify the in-house cost of reproduction of both Briefs 25 copies and Federal Appellees' Excerpts of Records 08 copies of the Brief of the Federal Appellees in **Robert Hale, et al. v. Norton**, 9th Cir. No. 03-36032.

### XEROX

|  | Brief | Excerpts of Record |
|---|---|---|
| Pages reproduced per brief including copies for court and opposing counsel | 115<br>x  25 | 49<br>x  20 |
| Total pages reproduced | 2875 | 980 |
| Per page xerox cost | .10 | x .10 |
|  | $ 287.50 | $ 98.00 |

Subtotal for reproduction: $385.50

### COVERSTOCK *

|  | Brief | Excerpts of Record |
|---|---|---|
| Cover (front and back)(25x2) = sheets of coverstock | 50 | (20x2)  40 |
| Per hundred sheets of coverstock or portions thereof for coverstock | 1.65<br>$ 1.65 | 1.65<br>$ 1.65 |

Subtotal for reproduction   $ 3.30

### TOTAL

Reproduction: $ 388.80

*Matthew J Sanders*

Matthew Sanders
ENRD - U.S. Department of Justice
P.O. Box 23795 - L'Enfant Plaza Station
Washington, D.C.  20026
(202) 514-1047

---

* Claimed cost of covers per hundred @ $1.65 per filing.