RECEIVED

APR 1 8 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Bill of Costs, filed in Hale v. Norton,

9th Cir. No. 03-36032, has been served this 21st day of February 2006 by First

Class United States Mail addressed to:

Russell C. Brooks
Pacific Legal Foundation
10940 NE 33rd Place, Suite 109
Bellevue, WA 98004
(425) 576-0484
fax: (425) 576-9565
*Counsel for plaintiffs-appellants Robert Hale, et al.*


_____
Matthew J. Sanders
Appellate Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 23795 – L'Enfant Plaza Station
Washington, D.C. 20026
(202) 514-1047