UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __10/16/06_____

To: United States Court of Appeals           ATTN: (xxx) CIVIL
    For the Ninth Circuit
    Office of the Clerk                      () CRIMINAL
    95 Seventh Street
    San Francisco, California 94103          ()JUDGE

From:  Shari Fuhrer
       United States District Court for Alaska
       222 West 7th Avenue, #4
       Anchorage, Alaska 99513


DC No: __3:03-cv-00257 - RRB_____     Appeal No: __03-36032_____

Short title: __Hale v Norton_____

Composition of Record

Clerk's Files in __4_____ volumes   (xx) original   () certified copy

    Bulky docs. __1____ expando, docket # __18_____
                                (folders)

Reporter's   in _____ volumes   () original   ()certified copy
Transcripts

Exhibits:   in _____ envelopes   () under seal

           in _____ boxes       () under seal

Other: **NOTE: Documents 40-41 are electronic and available through PACER ((certified copy of ACMS and ECF dockets enclosed)**
(please note any documents filed under seal)


Acknowledgement:_____  Date:_____
"record.app" [11/21/97]