J. P. TANGEN, AK Bar No. 7507051
1600 A Street, Suite 310
Anchorage, Alaska 99501-5148
Telephone:  (907) 222-3985
Facsimile:  (907) 554-4473

JAMES S. BURLING, AK Bar No. 8411102
Pacific Legal Foundation
10360 Old Placerville Road, Suite 100
Sacramento, California 95827
Telephone:  (916) 362-2833
Facsimile:  (916) 362-2932

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT HALE; et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GALE NORTON, Secretary of the Interior; et al.,<br><br>        Defendants.<br>_____<br><br>**NATIONAL PARK CONSERVATION ASSOCIATION**, et al.,<br><br>        Defendant-Intervenors.<br>_____ | No. A03-0257-CV (RRB)<br><br><br><br>**NOTICE OF DEATH OF RUSSELL C. BROOKS AND NOTICE OF CHANGE OF ADDRESS** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the address and telephone numbers of counsel for Plaintiffs has changed. The new address is:

Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

This Court and all parties are also notified of the February 25, 2007, death of Plaintiffs' attorney Russell C. Brooks, Washington State Bar Number 29811. We respectfully request that this Court remove Mr. Brooks' e-mail address from further Court notifications regarding this case.

DATED: December 12, 2007.

                                              Respectfully submitted,

                                              J. P. TANGEN
                                              JAMES S. BURLING

                                              By   /s/ James S. Burling
                                                     JAMES S. BURLING

                                              Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, a copy of the foregoing NOTICE OF DEATH OF RUSSELL C. BROOKS AND NOTICE OF CHANGE OF ADDRESS was served electronically on Bruce M. Landon, counsel for Defendants.

        /s/ James S. Burling
        JAMES S. BURLING